FILED IN DISTRICT COU
OKLAHOMA COUNTY

JAN 12 2017.

RICK WARREN
COURT CLERK

89_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

DAVID BATHRICK, )
    Plaintiff, )
vs. )
    ) Case No. CJ-2017-219
SOUTHERN OUTLAW TRUCKING LLC )
D/B/A SOUTHERN TRUCKLOAD & )
LOGISTICS and JORDAN Q. BENNETT, )
    Defendants. )

## PETITION

Plaintiff, for Petition against Defendants, states:

(1) On August 4, 2016, Plaintiff David Bathrick, was injured in a collision with a commercial tanker trailer negligently driven by Jordan Q. Bennett and owned by Defendant Southern Outlaw Trucking LLC d/b/a Southern Truckload & Logistics. Plaintiff was driving a van westbound on County Road E820 near Kingfisher in Kingfisher County, Oklahoma when Defendant Jordan Q. Bennett driving Defendant, Southern Outlaw's truck north on N2890 failed to yield the right of way at the intersection. Bennett was acting as agent for Southern Outlaw.

(2) Plaintiff was injured and has incurred and will incur medical bills; suffered and will suffer pain, disability and disfigurement; and lost and will lose income.

WHEREFORE, Plaintiff prays judgment against Defendants, in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

*Rex Travis* (signature)

REX TRAVIS, OBA #9081
PAUL KOURI, OBA #20751
JACOB MASTERS, OBA #32456
info@travislawoffice.com
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**

EXHIBIT 1