# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRENTON SCRIVNER, ET AL., ) <br> ) <br> Plaintiffs, ) <br> Vs. ) <br> ) <br> HALLMARK SPECIALTY ) <br> INSURANCE COMPANY, ET AL., ) <br> ) <br> Defendants. ) | NO. CIV-16-1392-HE <br> (Consolidated Case Number) |

| | |
|---|---|
| DAVID BATHRICK, ) <br> ) <br> Plaintiff, ) <br> Vs. ) <br> ) <br> SOUTHERN OUTLAW TRUCKING ) <br> LLC, ET AL., ) <br> ) <br> Defendants. ) | NO. CIV-17-0145-HE |

| | |
|---|---|
| CHARITY WESTBROOK, ) <br> ) <br> Plaintiff, ) <br> Vs. ) <br> ) <br> SOUTHERN OUTLAW TRUCKING, ) <br> LLC, ) <br> ) <br> Defendant. ) | NO. CIV-17-0313-HE |

## ORDER

With the agreement of all parties and for the reasons stated more fully at the status conference held this date, the captioned cases are **CONSOLIDATED** and shall proceed as civil case number CIV-16-1392-HE. A revised scheduling order will be entered separately.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE